AO 450 (Rev. 5/85)   Judgment in a Civil Case   ⊕

# United States District Court

DISTRICT OF — RHODE ISLAND

GARY SHOWALTER

## JUDGMENT IN A CIVIL CASE

V.

ALLISON REED GROUP, INC. d/b/a   and
NOEL SMITH

CASE NUMBER: CA 90-168 L

☐ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff  is awarded $6,381.00 for counsel fees and $120.00 for costs against Smith and ARG, who are jointly and severally liable in accordance with Memorandum and Order of Dec. 2, 1991.

December 26, 1991

Date

Raymond F. Burghardt

Clerk

(By) Deputy Clerk

#53